# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1034

_____

David L. Yocom,

        Appellant,

    v.

Human Services Center, Doctors,
Staff and Administrators,

        Appellee.

\*
\*
\*
\*
\*
\* Appeal from the United States
\* District Court for the
\* District of South Dakota.
\*
\* [UNPUBLISHED]
\*

_____

Submitted: June 6, 2003
Filed: June 9, 2003

_____

Before WOLLMAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

David Yocom appeals from the district court's[1] adverse grant of summary judgment in his civil action. Upon de novo review, we conclude that dismissal of Yocom's complaint, as time-barred, was proper for the reasons explained by the district court.

---

[1]The Honorable John E. Simko, United States Magistrate Judge for the District of South Dakota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.